**Melvin SMITH, Appellant,**

v.

**JETRAD, INC., d/b/a McDonald's Restaurant, Respondent.**

**No. WD 47707.**

Missouri Court of Appeals,
Western District.

Oct. 26, 1993.

Mark A. Richardson, Jefferson City, for appellant.

Michael A. Dallmeyer, Hallie H. Gibbs, II, Mary D. Winter, Hendren and Andrae, Jefferson City, for respondent.

Before TURNAGE, C.J., and FENNER and ELLIS, JJ.

*ORDER*

PER CURIAM:

Melvin Smith appeals the granting of summary judgment in favor of Jetrad on a suit for false imprisonment.

The judgment is affirmed. Rule 84.16(b).